# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **TAMI MAYBIN** <br>     **Plaintiff,** <br><br> v. <br><br> **TRUEACCORD CORP.** <br>     **Defendant,** | ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) **Case No. 2:24-cv-00023** <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

COME NOW, the Plaintiff through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntary to dismiss with prejudice the above style action, with Plaintiff and Defendant to bear their own attorney fees, cost and expenses.

Dated: January 30, 2024

    /s/Cortney Walters
Cortney E. Walters, Esquire
Florida Bar No. 125159
pleadings@cewlawoffice.com
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
*Attorneys for Plaintiff*